# EXHIBIT A-1

## Registered Works of Plaintiff Michael Sullivan

*Sullivan et al. v. OpenAI Foundation et al. (S.D.N.Y.)*

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Algebra & Trigonometry, 8/E, MyMathLab Edition | Text | Book, 114 p. | TX0006827976 | 2007-09-21 | 2007-07-12 | United States | Pearson Education, Inc. | Michael Sullivan; author of new and revised text | 0-13-233241-8 |
| 2 | Precalculus, 8/E, MyMathLab Edition | Text | Book | TX0006958308 | 2007-12-31 | 2007-10-02 | United States | Pearson Education, Inc. | Michael Sullivan; author of new and revised text | 0-13-612788-6 |
| 3 | Trigonometry: A Unit Circle Approach, 9/E | Text | Book, 522 p. | TX0007380919 | 2011-06-06 | 2011-03-09 | United States | Pearson Education, Inc. | Michael Sullivan; text | 0-321-71657-4 |
| 4 | College Algebra, 10/E | Text | Book, 711 p. | TX0008101136 | 2015-04-03 | 2015-01-02 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-97947-8 |
| 5 | Algebra & Trigonometry, 10/E | Text | Book, 1011 p. | TX0008070559 | 2015-04-03 | 2015-01-02 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-99859-6 |
| 6 | Precalculus, 10/E | Text | Book | TX0008106616 | 2015-05-22 | 2015-02-17 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-97907-9 |
| 7 | Trigonometry: A Unit Circle Approach, 10/E | Text | Book | TX0008104726 | 2015-05-29 | 2015-03-24 | United States | Pearson Education | Michael Sullivan; text, artwork | 0-321-97860-9 |
| 8 | Sullivan College Algebra, 11e | Text | Book, 725 p. | TX0008792094 | 2019-08-29 | 2019-05-14 | United States | Pearson Education, Inc. | Michael Sullivan; text | 9780135163047 |
| 9 | Sullivan Precalculus, 11e | Text | Book, 927 p. | TX0008792108 | 2019-08-29 | 2019-05-21 | United States | Pearson Education, Inc. | Michael Sullivan; text | 9780135189405 |
| 10 | Algebra & Trigonometry, 12th Edition | Text | Book, 1046 p. | TX0009397676 | 2024-03-22 | 2024-01-01 | United States | Pearson Education, Inc. | Michael Sullivan; text (revised & updated) | 9780138251406 |
| 11 | College Algebra, 12th Edition | Text | Book | TX0009392306 | 2024-03-25 | 2024-01-09 | United States | Pearson Education, Inc. | Michael Sullivan; text (revised & updated) | 9780138253622 |
| 12 | Trigonometry: A Unit Circle Approach, 12th Edition | Text | Book, 580 p. | TX0009538019 | 2025-08-19 | 2025-07-03 | United States | Pearson Education, Inc. | Michael Sullivan; text (revised & updated) | 9780138234720 |
| 13 | Precalculus | Text | 812 p. | TX0003509723 | 1993-03-18 | 1993-03-08 | United States | Macmillan Publishing Company, a division of Macmillan, Inc; Macmillan Publishing Company; Macmillan, Inc. Macmillan Publishing Company | Michael Sullivan | 9780321931047 |
| 14 | Trigonometry : enhanced with graphing utilities | Text | 842 p. | TX0004250271 | 1996-06-14 | 1996-02-05 | United States | Prentice-Hall, Inc., Simon & Schuster, a Viacom company; Prentice-Hall, Inc | Michael 3rd Sullivan, Michael Sullivan | 9780321716576 |
| 15 | Algebra & trigonometry | Text | 1033 p. | TX0005915116 | 2004-02-27 | 2004-01-05 | United States | Pearson Education, Inc | Michael Sullivan | 9780131430730 |
| 16 | Mathematics : an applied approach | Text | 997 p. | TX0006005945 | 2004-07-16 | 2004-05-18 | United States | John Wiley & Sons, Inc | Abe Mizrahi, Michael Sullivan | 9780471327844 |
| 17 | Algebra & trigonometry : enhanced with graphing utilities | Text | n/a | TX0006164554 | 2005-02-09 | 2005-02-09 | United States | Pearson Education, Inc | Michael 3rd Sullivan, Michael Sullivan | 9780132329033 |
| 18 | Statistics : informed decisions using data : technology manual | Text | n/a | TX0006316462 | 2006-03-14 | 2006-01-26 | United States | Pearson Education, Inc | Beverly Dretzke, Brent Timothy, Dorothy Wakefield, Kathleen McLaughlin, Michael Sullivan | 9780134133539 |
| 19 | Algebra & Trigonometry: Enhanced with Graphing Utilities, 5/E 0-13-600492-X | Text | Book, 1024 p. | TX0007347066 | 2008-01-17 | 2007-11-01 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 9780132321242 |
| 20 | Algebra & Trigonometry: Enhanced with Graphing Utilities, 6/E | Text | Book, 1008 p. | TX0007502813 | 2012-03-15 | 2011-12-27 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321784839, 9780321716569, 9780321784834, 9780321784988 |
| 21 | Precalculus: Enhanced with Graphing Utilities, 6/E | Text | Book. | TX0007554905 | 2012-06-19 | 2012-02-03 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321795466, 9780321716835, |

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | 9780321795465, 9781292024707 |
| 22 | College Algebra: Enhanced with Graphing Utilities, 6/E | Text | Book, 710 p. | TX0007557234 | 2012-06-12 | 2012-01-19 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321795644, 9780134111315, 9780321716811 |
| 23 | College Algebra: Concepts Through Functions, 3/E | Text | Book. | TX0007875346 | 2014-03-18 | 2014-01-03 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321925742, 9780321979476, 9781292039442 |
| 24 | Precalculus: Concepts Through Functions, A Unit Circle Approach to Trigonometry, 3/E | Text | Book. | TX0007884076 | 2014-03-27 | 2014-01-03 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0321931041 |
| 25 | Calculus: Early Transcendentals | Text | Book, 1097 p. | TX0007904191 | 2014-04-10 | 2014-03-14 | United States | W. H. Freeman and Company | Kathleen Miranda, Michael Sullivan, W. H. Freeman and Company | 1429254335, 9780716772675, 9781464152764 |
| 26 | Algebra & Trigonometry: Enhanced with Graphing Utilities, 7/E | Text | Book, 1036 p. | TX0008266844 | 2016-03-04 | 2016-01-01 | United States | Pearson Education | Michael Sullivan, Michael, III Sullivan | 0134119266, 9780135163078 |
| 27 | Precalculus: Enhanced with Graphing Utilities, 7/e | Text | Book, 938 p. | TX0008436137 | 2017-03-24 | 2016-03-02 | United States | Pearson Education, Inc. | Michael Sullivan, Michael, III Sullivan | 0134119282, 9780134119281, 9780134686981 |
| 28 | College Algebra: Concepts Through Functions, Fourth edition | Text | Book. | TX0008567303 | 2018-03-05 | 2018-01-02 | United States | Pearson Education | Michael Sullivan, Michael, III Sullivan | 9780134686967, 9780135163047 |