# EXHIBIT A-2

## Registered Works of Plaintiff Kenneth S. Saladin

*Sullivan et al. v. OpenAI Foundation et al. (S.D.N.Y.)*

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN(s) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anatomy & Physiology: The Unity of Form and Function, Fourth Edition. | Text | Book, 1 v. | TX0006989637 | 2009-07-07 | 2007-08-22 | United States | The McGraw-Hill Companies, Inc. | Kenneth S. Saladin | 0-07-287506-2, 978-0-07-287506-5 |
| 2 | Anatomy & Physiology: The Unity of Form and Function, Fifth Edition. | Text | Book. | TX0006955544 | 2009-04-08 | 2009-02-16 | United States | The McGraw-Hill Companies, Inc. | Kenneth S. Saladin | 0-07-352569-3, 978-0-07-352569-3 |
| 3 | Anatomy & Physiology: The Unity of Form and Function, Sixth Edition. | Text | Book, 1136 p. | TX0007409612 | 2011-07-27 | 2011-05-04 | United States | The McGraw-Hill Companies, Inc. | Kenneth S. Saladin | 0073378259 |
| 4 | Anatomy & Physiology: The Unity of Form and Function, Seventh Edition. | Text | Book. | TX0007924036 | 2014-06-20 | 2014-01-07 | United States | McGraw-Hill Global Education Holdings, LLC | Kenneth S. Saladin | 0073403717 |
| 5 | Anatomy & Physiology: The Unity of Form and Function, Ninth Edition. | Text | Book, 1108 p. | TX0008986360 | 2020-03-23 | 2020-01-08 | United States | McGraw Hill LLC | Kenneth S. Saladin | 9781260256000 |
| 6 | Human Anatomy, Fourth Edition. | Text | Book, 736p. | TX0007750344 | 2013-05-30 | 2013-05-07 | United States | McGraw-Hill Global Education Holdings, LLC | Kenneth S. Saladin | 0073378291 |
| 7 | Human Anatomy 2024 Release. | Text | Book, 761p. | TX0009496687 | 2024-11-12 | 2024-01-08 | United States | McGraw Hill LLC | Kenneth S. Saladin | 9781264125715 |
| 8 | Human Anatomy | Text | n/a | TX0006518705 | 2007-01-22 | 2006-12-07 | United States | McGraw-Hill Companies, Inc | Kenneth S. Saladin | 9780071102094, 9780072943689 |
| 9 | Anatomy & Physiology: The Unity of Form and Function, 8th Edition | Text | Book, 1125 p. | TX0008398754 | 2017-03-21 | 2017-01-24 | United States | McGraw-Hill Education (Australia) Pty Limited | Kenneth S. Saladin | 9781259277726 |
| 10 | Human Anatomy, Edition 5 | Text | Book, 1 v. | TX0008508216 | 2016-12-12 | 2016-01-12 | United States | McGraw-Hill Education | Kenneth S. Saladin | 9780073403700 |
| 11 | Essentials of Anatomy & Physiology, 2nd edition | Text | Book, 703 p. | TX0008552340 | 2018-01-26 | 2017-02-06 | United States | McGraw Hill | Kenneth S. Saladin, Robin McFarland | 9780072965544 |