# EXHIBIT A-3

## Registered Works of Plaintiff Alan J. Marcus

*Sullivan et al. v. OpenAI Foundation et al. (S.D.N.Y.)*

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investments, Ninth Edition. | Text | Book, 994 p. | TX0007233993 | 2010-09-28 | 2010-07-05 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0073530700, 9780073382371, 9780073530703 |
| 2 | Investments, Tenth Edition. | Text | Book. | TX0008513915 | 2014-03-25 | 2014-01-28 | United States | McGraw-Hill Global Education Holdings, LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077861671 |
| 3 | Investments, Eleventh Edition. | Text | Book, 968 p. | TX0008590281 | 2018-07-02 | 2017-05-30 | United States | McGraw-Hill Global Education Holdings LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781259277177 |
| 4 | Investments, Thirteenth Edition. | Text | Book, 996 p. | TX0009270963 | 2023-03-24 | 2023-01-12 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781264412662 |
| 5 | Essentials of Investments, Sixth Edition. | Text | Book, 728 p. | TX0007039034 | 2009-09-08 | 2007-09-12 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 007304153X |
| 6 | Essentials of Investments, Eighth Edition. | Text | Book, 722 p. | TX0007059352 | 2009-10-05 | 2009-08-17 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077339185 |
| 7 | Essentials of Investments, 9/e. | Text | Book. | TX0007632286 | 2012-11-19 | 2012-09-25 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0078034698 |
| 8 | Essentials of Investments, Tenth Edition. | Text | Book, 735 p. | TX0008279004 | 2016-11-15 | 2016-01-06 | United States | McGraw-Hill Education | Zvi Bodie; Alex Kane; Alan J. Marcus | 9780077835422 |
| 9 | Essentials of Investments, 12th Edition. | Text | Electronic file (eService) | TX0008955791 | 2021-03-15 | 2021-01-04 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781260772166 |
| 10 | Fundamentals of Corporate Finance, Seventh Edition. | Text | Book, 1 v. | TX0007668265 | 2013-01-22 | 2012-09-11 | United States | McGraw-Hill Companies, Inc. | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 0078034647 |
| 11 | Fundamentals of Corporate Finance, Eighth Edition. | Text | Book, 720 p. | TX0007967206 | 2014-10-08 | 2014-08-07 | United States | McGraw-Hill Global Education Holdings, LLC | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 0077861620 |
| 12 | Fundamentals of Corporate Finance, 9th Edition. | Text | Book. | TX0008528424 | 2017-03-21 | 2017-02-02 | United States | McGraw-Hill Education | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 9781259722615 |
| 13 | Fundamentals of Corporate Finance, 10th Edition. | Text | Book. | TX0008995304 | 2020-05-28 | 2019-03-13 | United States | McGraw Hill LLC | Richard A. Brealey; Stewart C. Myers; Alan J. Marcus | 9781260013962 |
| 14 | Essentials of Investments | Text | 688 p. | TX0005276089 | 2000-07-28 | 2000-06-12 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072318692 |
| 15 | Essentials of Investments | Text | 765 p. | TX0005823812 | 2003-10-14 | 2003-02-02 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072510775 |
| 16 | Essentials of Investments, Seventh Edition. | Text | Book, 708 p. | TX0006903975 | 2007-11-06 | 2007-09-19 | United States | The McGraw-Hill Companies, Inc.; McGraw-Hill Companies, Inc. | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780073405179 |
| 17 | Investments | Text | 1015 p. | TX0005488394 | 2001-10-10 | 2001-06-13 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Inc McGraw-Hill Companies, Zvi Bodie | 9780071144728, 9780072339215 |