# EXHIBIT A-4

## Registered Works of Plaintiff Zvi Bodie

*Sullivan et al. v. OpenAI Foundation et al. (S.D.N.Y.)*

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Investments, Ninth Edition. | Text | Book, 994 p. | TX0007233993 | 2010-09-28 | 2010-07-05 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0-07-353070-0 |
| 2 | Investments, Tenth Edition. | Text | Book. | TX0008513915 | 2014-03-25 | 2014-01-28 | United States | McGraw-Hill Global Education Holdings, LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077861671 |
| 3 | Investments, Eleventh Edition. | Text | Book, 968 p. | TX0008590281 | 2018-07-02 | 2017-05-30 | United States | McGraw-Hill Global Education Holdings LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781259277177 |
| 4 | Investments, Thirteenth Edition. | Text | Book, 996 p. | TX0009270963 | 2023-03-24 | 2023-01-12 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781264412662 |
| 5 | Essentials of Investments, Sixth Edition. | Text | Book, 728 p. | TX0007039034 | 2009-09-08 | 2007-09-12 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 007304153X |
| 6 | Essentials of Investments, Eighth Edition. | Text | Book, 722 p. | TX0007059352 | 2009-10-05 | 2009-08-17 | United States | The McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0077339185 |
| 7 | Essentials of Investments, 9/e. | Text | Book. | TX0007632286 | 2012-11-19 | 2012-09-25 | United States | McGraw-Hill Companies, Inc. | Zvi Bodie; Alex Kane; Alan J. Marcus | 0078034698 |
| 8 | Essentials of Investments, Tenth Edition. | Text | Book, 735 p. | TX0008279004 | 2016-11-15 | 2016-01-06 | United States | McGraw-Hill Education | Zvi Bodie; Alex Kane; Alan J. Marcus | 9780077835422 |
| 9 | Essentials of Investments, 12th Edition. | Text | Electronic file (eService) | TX0008955791 | 2021-03-15 | 2021-01-04 | United States | McGraw Hill LLC | Zvi Bodie; Alex Kane; Alan J. Marcus | 9781260772166 |
| 10 | Issues in pension economics | Text | 376 p. | TX0002070344 | 1987-03-20 | 1987-05-11 | United States | National Bureau of Economic Research | David A Wise, John B Shoven, National Bureau of Economic Research, Zvi Bodie | 9780226062846 |
| 11 | Essentials of investments | Text | 688 p. | TX0005276089 | 2000-07-28 | 2000-06-12 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072318692 |
| 12 | Investments | Text | 1015 p. | TX0005488394 | 2001-10-10 | 2001-06-13 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Inc McGraw-Hill Companies, Zvi Bodie | 9780071144728, 9780072339215 |
| 13 | Essentials of investments | Text | 765 p. | TX0005823812 | 2003-10-14 | 2003-02-02 | United States | McGraw-Hill Companies, Inc | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780072510775 |
| 14 | Essentials of Investments, Seventh Edition. | Text | Book, 708 p. | TX0006903975 | 2007-11-06 | 2007-09-19 | United States | The McGraw-Hill Companies, Inc.; McGraw-Hill Companies, Inc. | Alan J. Marcus, Alex Kane, Zvi Bodie | 9780073405179 |
| 15 | The Future of Life-Cycle Saving and Investing | Text | Electronic file (eService) | TX0006817678 | 2007-12-17 | 2007-10-26 | United States | Research Foundation of CFA Institute | Dennis McLeavey, Laurence B. Siegel, Zvi Bodie | 9780943205960, 9781934667163 |
| 16 | Risk Less and Prosper | Text | Book, 196 p. | TX0007497254 | 2012-02-16 | 2011-12-08 | United States | Bodie, Zvi; Taqqu, Rachelle L; Zvi Bodie; Rachelle L. Taqqu | Rachelle Taqqu, Zvi Bodie | 9781118014301 |