# EXHIBIT A-5

## Registered Works of Plaintiffs Kevin T. Patton and Lion Den Inc.

*Sullivan et al. v. OpenAI Foundation et al. (S.D.N.Y.)*

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Anthony's Textbook of Anatomy & Physiology, Twentieth Edition. | Text | Book, 1154 p. | TX0007674847 | 2012-08-23 | 2012-02-10 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323096003 |
| 2 | The Human Body in Health & Disease – Hardcover, Sixth Edition. | Text | Book. | TX0007714896 | 2013-03-28 | 2013-02-04 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323101233 |
| 3 | Structure & Function of the Body, 15th Edition. | Text | Book, 510 p. | TX0008311430 | 2016-05-10 | 2015-11-17 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323341127 |
| 4 | The Human Body in Health & Disease – Softcover, 7th Edition. | Text | Book, 750 p. | TX0008421608 | 2017-03-01 | 2017-01-30 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323402118 |
| 5 | Structure & Function of the Body – Softcover, 17th Edition. | Text | Book, 512 p. | TX0008912882 | 2020-01-07 | 2019-11-07 | United States | Elsevier Inc. | Kevin T. Patton; Gary A. Thibodeau | 9780323597791 |
| 6 | Anatomy & Physiology, Seventh Edition | Text | Book, 1131 p. | TX0007333642 | 2011-03-08 | 2009-02-12 | United States | Mosby | Kevin T. Patton; Gary A. Thibodeau | 9780323055321, 9780323083577 |
| 7 | Structure and Function of the Body, 14/e | Text | CD.<br>Book, + | TX0007507998 | 2012-03-30 | 2011-10-03 | United States | Mosby | Kevin T. Patton; Gary A. Thibodeau | 9780323077217 |