# EXHIBIT A-6

## Registered Works of Plaintiff Dana Loewy

*Sullivan et al. v. OpenAI Foundation et al. (S.D.N.Y.)*

| # | Application Title | Type of Work | Description | Reg. No. | Reg. Date | Date of First Pub. | Nation of First Pub. | Copyright Claimant | Authorship on Application | ISBN |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Business Communication: Process & Product, 7e. | Text | Book, 565 p. | TX0007353968 | 2011-03-31 | 2010-09-01 | United States | South-Western, a part of Cengage Learning | Mary Ellen Guffey; Dana Loewy | 053846626X |
| 2 | Business Communication, 7e. | Text | Book, 565 p. | TX0007515742 | 2012-04-16 | 2010-08-23 | United States | Cengage Learning Inc. | Mary Ellen Guffey; Dana Loewy | 9780538466257 |
| 3 | Business Communication: Process and Product (with meguffey.com). | Text | Book. | TX0007838999 | 2014-02-04 | 2014-01-01 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781285094069 |
| 4 | Business Communication: Process & Product, 8e. | Text | Book, 619 p. | TX0007919141 | 2014-06-05 | 2014-01-01 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781285094083 |
| 5 | Business Communication: Process & Product, 9e. | Text | Book, 1 v. | TX0008407496 | 2017-04-12 | 2017-01-12 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781305957961 |
| 6 | Business Communication: Process & Product, 10th Edition. | Text | Electronic file (eService) | TX0008957984 | 2021-03-24 | 2021-01-14 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9780357129234 |
| 7 | Business Communication: Process & Product, 11e. | Text | Electronic file (eService) | TX0009385984 | 2024-04-22 | 2024-03-11 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9780357984109 |
| 8 | Essentials of Business Communication, 9e. | Text | Book. | TX0007508523 | 2012-03-21 | 2012-02-07 | United States | Cengage Learning, South-Western | Mary Ellen Guffey; Dana Loewy | 9781111821227 |
| 9 | Essentials of Business Communication, 11e. | Text | Book. | TX0008565117 | 2018-04-04 | 2018-01-24 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9781337386494 |
| 10 | Essentials of Business Communication, 12e. | Text | Electronic file (eService) | TX0009126675 | 2022-05-13 | 2022-04-01 | United States | Cengage Learning, Inc. | Mary Ellen Guffey; Dana Loewy | 9780357714973 |