UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL SULLIVAN, KENNETH S. SALADIN, ZVI BODIE, ALAN J. MARCUS, KEVIN T. PATTON, LION DEN INC., and DANA LOEWY individually and on behalf of all others similarly situated,

Plaintiffs,

- against -

OPENAI FOUNDATION (F/K/A OPENAI INC.), OPENAI GROUP PBC, OPENAI GP, LLC, OPENAI OPCO, LLC, OPENAI GLOBAL, LLC, OAI CORPORATION, OPENAI STARTUP FUND I LP, OPENAI STARTUP FUND GP I LLC, OPENAI STARTUP FUND MANAGEMENT LLC, and MICROSOFT CORPORATION,

Defendants.

Case No. 1:26-cv-6966

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Deepa Devanathan, an attorney at Slarskey LLC, is admitted to practice in this Court and hereby appears as counsel for Plaintiffs Michael Sullivan, Kenneth S. Saladin, Zvi Bodie, Alan J. Marcus, Kevin T. Patton, Lion Den Inc., and Dana Loewy, individually and on behalf of all others similarly situated, and respectfully requests that all service of all documents be made to or upon the undersigned at the address set forth below.

Dated: August 14, 2026
New York, New York

SLARSKEY LLC

By: Deepa Devanathan

Deepa Devanathan
825 Third Avenue, 32nd Floor
New York, New York 10022
ddevanathan@slarskey.com
Tel: (212) 658-0661